# EXHIBIT C



**DLA Piper US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1263
www.dlapiper.com

Brian A. Audette
brian.audette@dlapiper.com
T  312.368.2195
F  312.251.5865

**FILE COPY**

September 26, 2007

<u>Via Overnight Courier</u>

Octave Entertainment Fund, Ltd.
c/o Octagon Asset Management, LLC
267 Fifth Avenue, Suite 301
New York, New York 10016
Attn: C. Mead Welles

Re:    **Guaranty Agreement, dated as of August 18, 2006, and made by
       Octave Entertainment Fund, Ltd. in favor of The Gatorade Company**

Dear Mr. Welles:

I am writing on behalf of The Gatorade Company ("Gatorade") to demand the payment of $2,000,000 from Octave Entertainment Fund, Ltd. ("Octave") pursuant to that certain Guaranty Agreement, dated as of August 18, 2006, and made by Octave in favor of Gatorade (the "Guaranty").

As you are aware, pursuant to a Strategic Marketing Agreement (the "Marketing Agreement"), dated as of August 18, 2006, by and between Gatorade and The Gracie Movie LLC ("Gracie"), Gatorade, among other things, loaned $2,500,000 (the "Additional Marketing Payment") to Gracie in connection with Gracie's writing, producing, editing and securing distribution for a major motion picture titled "Gracie." Section 5.2 of the Marketing Agreement provides, in pertinent part, that:

> No later than December 15, 2006, [Gracie] shall repay to Gatorade $500,000 of the Additional Marketing Payment. No later than the date which is fifty (50) weeks following [Gracie's] receipt of the Additional Marketing Payment, [Gracie] shall repay to Gatorade the remaining $2,000,000 of the Additional Marketing Payment.

Gracie satisfied its obligation to repay $500,000 of the Additional Marketing Payment to Gatorade. However, the balance of the Additional Marketing Payment (i.e., $2,000,000) is past due and Gracie has failed and/or refused to repay those funds to Gatorade.

Pursuant to the Guaranty, Octave absolutely, unconditionally and irrevocably guaranteed the prompt payment of the outstanding balance of the Additional Marketing Payment in an aggregate amount not to exceed $2,500,000. Thus, pursuant to Article IV of the Guaranty, Gatorade hereby demands Octave's payment of $2,000,000 in immediately available funds no later than five (5) business days from the date of this letter. Funds should be wired to the account listed below:

Bank: JP Morgan Chase, New York
ABA No.: 021-000-021
Swift Code: CHASUS33
Account Name: The Quaker Oats Company
Account Number: 323268021

CHGO1\31097212.1

**DLA PIPER**

September 16, 2007
Page Two


If Gatorade does not receive $2,000,000 within five (5) business days following September 27, 2007, it will take all necessary actions to protect and enforce its rights under the Guaranty, including, without limitation, filing an action against Octave in the United States District Court for the Southern District of New York.

Please feel free to give me a call should you have any questions or comments.


Very truly yours,

**DLA Piper US LLP**

Brian A. Audette

BAA:fp

cc:     Mark McGowan
        David Neff
        Brian Murphy

CHGO1\31097212.1

## UPS CampusShip: View/Print Label

1. **Print the label(s):**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   o Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   o Hand the package to any UPS driver in your area.
   o Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services^SM (Including via Ground) are accepted at Drop Boxes.
   o To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   o Your driver will pickup your shipment(s) as usual.

FOLD HERE





☒Close Window

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 608 559 01 9877 327 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 09/27/2007 <br> 10:10 A.M. |
| Delivered To: | NEW YORK, NY, US |
| Signed By: | THORN |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 09/27/2007 4:01 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.



**Delivery Notification**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 608 559 01 9877 327 1 |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 09/26/2007 |
| **Delivered On:** | 09/27/2007 10:10 A.M. |
| **Delivered To:** | NEW YORK, NY, US |
| **Signed By:** | THORN |
| **Location:** | OFFICE |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS: 09/27/2007 4:11 P.M. ET